PROB 12C
(6/16)

Report Date: May 19, 2022

# United States District Court

#### for the

#### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 19, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Oscar Villalobos  Case Number: 0980 2:21CR00079-TOR-1

Address of Offender: ▇▇▇▇▇▇▇ Othello, Washington 99344

Name of Sentencing Judicial Officer: The Honorable Donald W. Molloy, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: August 4, 2015

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Distribute Methamphetamine, 21 U.S.C. § 846 | | |
| Original Sentence: | Prison - 84 months<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: | April 7, 2021 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: | April 6, 2026 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 1/4/2022.

On April 13, 2021, supervised release conditions were reviewed and signed by Mr. Villalobos acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number  Nature of Noncompliance

4  **Special Condition #8**: The defendant shall not purchase, possess, use, distribute or administer marijuana, or obtain or possess a medical marijuana card or prescription. This condition supersedes standard condition number 7 with respect to marijuana only.

**Supporting Evidence**: Mr. Villalobos is alleged to have violated his supervised release conditions by consuming a controlled substance, marijuana, on or before March 9, 2022.

On March 9, 2022, Mr. Villalobos reported to Merit Resource Services (Merit) for a substance abuse assessment. On this same date, he submitted to a urinalysis (UA). The specimen was sent to Cordant Health Solutions (Cordant) for drug screening. On April 6, 2022, Cordant reported Mr. Villalobos' UA sample was dilute yet confirmed positive for the presence of marijuana. The United States Probation office received a copy of the confirmed positive UA sample for marijuana on April 27, 2022.

Prob12C
**Re: Villalobos, Oscar**
**May 19, 2022**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 19, 2022

s/Araceli Mendoza

Araceli Mendoza
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[X]   Other

Thomas O. Rice
United States District Judge

May 19, 2022
Date