PROB 12C
(6/16)

Report Date: December 29, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 30, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Oscar Villalobos                          Case Number: 0980 2:21CR00079-TOR-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Moses Lake, WA 98837

Name of Sentencing Judicial Officer: The Honorable Donald W. Molloy, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: August 4, 2015

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute Methamphetamine, 21 U.S.C. § 846 |
| Original Sentence: | Prison - 84 months; TSR - 60 months |

Type of Supervision: Supervised Release

| | | | |
|---|---|---|---|
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: | April 7, 2021 |
| Defense Attorney: | Kathryn Lucido | Date Supervision Expires: | April 6, 2026 |

## PETITIONING THE COURT

To issue a warrant.

On April 13, 2021, supervised release conditions were reviewed and signed by Mr. Villalobos acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1    **Mandatory Condition #4:** The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

    **Supporting Evidence:** Mr. Villalobos is alleged to have violated the terms of his supervised release by possessing a firearm between September 30, and December 27, 2022.

    On December 20, 2022, this officer received information from Othello, Washington, Police Department. They had received a video from Mr. Villalobos' ex-girlfriend which depicted a firearm. The video shows Mr. Villalobos in his motel room (current residence), in bed with a firearm and meth pipe next to him.

2    **Standard Condition #9:** The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

Prob12C
**Re: Villalobos, Oscar**
**December 29, 2022**
**Page 2**

**Supporting Evidence:** Mr. Villalobos is alleged to have violated the terms of his supervised release by associating with a person engage in criminal activity on or about December 28, 2022.

In response to the information received by the Othello Police Department, this officer conducted a search of Mr. Villalobos' motel room on December 28, 2022. At the initiation of contact, Mr. Villalobos advised there was a female present in the room with him who he had permitted to stay the night. The female was identified as, Savannah Rodriguez, a felon with an active Washington State Department of Corrections (DOC) warrant. The female also admitted to possession of a methamphetamine pipe. Mr. Villalobos claims the drugs seized from his room belonged to the female, thus further implicating her in criminal activity.

3   **Special Condition #8**: The defendant shall not purchase, possess, use, distribute or administer marijuana, or obtain or possess a medical marijuana card or prescription. This condition supersedes standard condition number 7 with respect to marijuana only.

**Supporting Evidence**: Mr. Villalobos is alleged to have violated the terms of his supervised release by possessing marijuana on or about December 28, 2022.

During the search of Mr. Villalobos' motel room on December 28, 2022, in plain view on a night stand, was a mason jar approximately half-full of marijuana.

4   **Standard Condition #7:** The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

**Supporting Evidence**: Mr. Villalobos is alleged to have violated the terms of his supervised release by possessing paraphernalia, a methamphetamine pipe, on or about December 28, 2022.

During the search of Mr. Villalobos' motel room on December 28, 2022, located within a night stand, was paraphernalia related to controlled substances, a pipe commonly used to smoke methamphetamine.

5   **Standard Condition #7:** The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

**Supporting Evidence**: Mr. Villalobos is alleged to have violated the terms of his supervised release by possessing paraphernalia, a marijuana pipe, on or about December 28, 2022.

During the search of Mr. Villalobos' motel room on December 28, 2022, within a black bag was paraphernalia related to controlled substances, a pipe commonly used to smoke marijuana.

6   **Standard Condition #7:** The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

Prob12C
**Re: Villalobos, Oscar**
December 29, 2022
Page 3

|   |   |
|---|---|
|   | **Supporting Evidence**: Mr. Villalobos is alleged to have violated the terms of his supervised release by possessing methamphetamine on or about December 28, 2022.<br><br>During the search of Mr. Villalobos' motel room on December 28, 2022, within the black bag which contained the pipe, was also present a small bag containing methamphetamine. |
| 7 | **Special Condition #8**: The defendant shall not purchase, possess, use, distribute or administer marijuana, or obtain or possess a medical marijuana card or prescription. This condition supersedes standard condition number 7 with respect to marijuana only.<br><br>**Supporting Evidence**: Mr. Villalobos is alleged to have violated the terms of his supervised release by possessing marijuana on or about December 28, 2022.<br><br>During the search of Mr. Villalobos' motel room on December 28, 2022, hidden behind the mini fridge was a small clear bag of marijuana. |
| 8 | **Special Condition #3:** The defendant shall participate in substance abuse testing, to include not more than 365 urinalysis tests and not more than 365 breathalyzer tests annually during the period of supervision. The defendant is to pay all or part of the costs of testing, depending upon ability to pay, as determined by the United States Probation Office.<br><br>**Supporting Evidence:** Mr. Villalobos is alleged to have violated the terms of his supervised release by failing to submit to urinalysis on December 28, 2022.<br><br>Following the search of Mr. Villalobos' motel room, he was directed to submit to urinalysis testing at the probation office. He advised he would be there as he wanted to prove he has abstained from drug use. He later advised he would not be able to make it to the office due to lack of transportation. He was directed to report the following business day and has failed to do so. At this time, Mr. Villalobos is stalling to submit to urinalysis as directed. |

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   December 29, 2022

s/Emely Cubias

Emely Cubias
U.S. Probation Officer

Prob12C
**Re: Villalobos, Oscar**
**December 29, 2022**
**Page 4**

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

                                 */s/ Thomas O. Rice*
                                 Thomas O. Rice
                                 United States District Judge
                                 December 30, 2022
                                 Date