PROB 12C
(6/16)

Report Date: December 19, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 19, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Oscar Villalobos | Case Number: 0980 2:21CR00079-001 |
| Address of Offender: ████████████, Spokane, Washington 99202 | |

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: August 4, 2015

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Distribute Methamphetamine, 21 U.S.C. § 846 | | |
| Original Sentence: | Prison - 84 months;<br>TSR - 60 months | Type of Supervision: Supervised Release | |
| Revocation Sentence:<br>(February 23, 2023) | Prison- 7 months<br>TSR- 36 months | | |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: August 23, 2023 | |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: August 22, 2026 | |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/14/2023.

On August 23, 2023, an officer with the U.S. probation office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Villalobos. He signed his judgment acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 2**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: It is alleged Mr. Villalobos violated the terms of his conditions of supervised release by submitting a urinalysis that appeared to be diluted.<br><br>On November 6, 2023, Mr. Villalobos' color was called for random urinalysis testing at Pioneer Human Services. He submitted a urinalysis, which appeared to be dilute. The sample was sent to the lab for confirmation. On November 15, 2023, the sample returned from the lab diluted positive for methamphetamine. |

5     **Special Condition # 2**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

               **Supporting Evidence**: On November 8, 2023, Oscar Villalobos allegedly violated special condition #2 by consuming methamphetamine and marijuana.

               On November 8, 2023, Mr. Villalobos reported to the United States Probation Office. He submitted to a urinalysis, which returned presumptive positive for methamphetamine and marijuana. He denied use and signed a denial form. The sample was sent to the lab for confirmation. On November 16, 2023, the urinalysis returned from the lab positive for methamphetamine.

               Due to the diluted sample submitted on November 6, 2023, and the denied use submitted on November 8, 2023, a sweat patch was placed on Mr. Villalobos. On November 21, 2023, the sweat patch returned from the lab positive for methamphetamine and amphetamine.

6     **Special Condition # 2**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

               **Supporting Evidence**: On November 13 and 15, 2023, Oscar Villalobos allegedly violated special condition #2 by consuming methamphetamine and marijuana.

               On November 13, 2023, Mr. Villalobos' color was called for random urinalysis testing at Pioneer Human Services. He submitted a urinalysis, which returned presumptive positive for methamphetamine. He signed an admission form but was unable to recall his last use. The sample was sent to the lab for confirmation. On November 23, 2023, the sample returned from the lab positive for methamphetamine and marijuana.

               On November 15, 2023, Mr. Villalobos' color was called for random urinalysis testing at Pioneer Human Services. He submitted a urinalysis, which returned presumptive positive for methamphetamine. He refused to admit or deny use. The sample was sent to the lab for confirmation. On November 27, 2023, the sample returned from the lab positive for methamphetamine and marijuana.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     12/13/2023

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

Prob12C
Re: Villalobos, Oscar
December 19, 2023
Page 3

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Thomas O. Rice
United States District Judge

December 19, 2023
_____
Date