PROB 12C
(6/16)

Report Date: March 26, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 26, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Oscar Villalobos                Case Number: 0980 2:21CR00079-001

Address of Offender: ███████████, Spokane, Washington 99202

Name of Sentencing Judicial Officer: The Honorable Donald W. Molloy, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: August 4, 2015

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute Methamphetamine, 21 U.S.C. § 846 | |
| Original Sentence: | Prison - 84 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (February 23, 2023) | Prison- 7 months TSR- 36 months | |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: August 23, 2023 |
| Defense Attorney: | Carter Power Beggs | Date Supervision Expires: August 22, 2026 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/14/2023 and 12/19/2023.

On August 23, 2023, an officer with the U.S. probation office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Villalobos. He signed his judgment acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Special Condition # 2**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On March 11, 2024, Oscar Villalobos allegedly violated special condition #2 by consuming methamphetamine and amphetamine.<br><br>On March 20, 2024, the undersigned received notification from Mr. Villalobos' counselor at New Horizon Care Centers advising that he tested positive for methamphetamine and amphetamine on March 11, 2024. |

Prob12C
**Re: Villalobos, Oscar**
**March 26, 2024**
**Page 2**

On that same date, the undersigned made contact with the offender via telephone. Mr. Villalobos was questioned about the recent relapse. He initially denied but later admitted that he made a bad decision while hanging out with some friends. He admitted to last using methamphetamine on March 9, 2024.

On March 25, 2024, Mr. Villalobos reported to the United States Probation Office. He submitted to a urinalysis, which returned negative.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/26/2024

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[X]   Other : **The Final Revocation of Supervised Release Hearing scheduled for 4/25/2024 remains set.**

Thomas O. Rice
United States District Judge
March 26, 2024
Date