PROB 12C
(6/16)

Report Date: June 3, 2024

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 03, 2024

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Oscar Villalobos                              Case Number: 0980 2:21CR00079-TOR-1

Address of Offender: ███████████, Spokane, Washington 99202

Name of Sentencing Judicial Officer: The Honorable Donald W. Molloy, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: August 4, 2015

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Distribute Methamphetamine, 21 U.S.C. § 846 | | |
| Original Sentence: | Prison - 84 month<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>(February 23, 2023) | Prison- 7 months<br>TSR- 36 months | | |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: | August 23, 2023 |
| Defense Attorney: | Carter Liam Powers Beggs | Date Supervision Expires: | August 22, 2026 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/14/2023, 12/19/2023, and 03/26/2024.

On August 23, 2023, an officer with the U.S. probation office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Villalobos. He signed his judgment acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Special Condition #3**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from all alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.<br><br>**Supporting Evidence**: It is alleged that Mr. Villalobos violated the conditions of his supervised release by consuming alcohol on or about May 27, 2024.<br><br>On May 31, 2024, Mr. Villalobos contacted the undersigned and reported that per his treatment provider, his urinalysis tested positive for alcohol May 28, 2024. Mr. Villalobos readily admitted to consuming alcoholic beverages on May 27, 2024. |

Prob12C
Re: Villalobos, Oscar
June 3, 2024
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   June 3, 2024

Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[X]   Other : ***All pending violations will be addressed at the Revocation hearing scheduled for 6/26/2026.***

Thomas O. Rice
United States District Judge
June 3, 2024
Date