PROB 12C
(6/16)

Report Date: August 21, 2024

## United States District Court

**for the**

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 21, 2024

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Oscar Villalobos                                   Case Number: 0980 2:21CR00079-TOR-1

Address of Offender: ███████████████████, Spokane, Washington 99202

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: August 4, 2015

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute Methamphetamine, 21 U.S.C. § 846 | |
| Original Sentence: | Prison - 84 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>February 23, 2023 | Prison - 7 months<br>TSR- 36 months | |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: August 23, 2023 |
| Defense Attorney: | Carter Liam Powers Beggs | Date Supervision Expires: August 22, 2026 |

---

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/14/2023, 12/19/2023, 03/26/2024, and 06/03/2024.

On August 23, 2023, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Villalobos. He signed the judgment acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Special Condition #2**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Oscar Villalobos allegedly violated this condition of supervised release by consuming methamphetamine on or about August 14, 2024. |
| | On August 13, 2024, Mr. Villalobos left a voice mail on the undersigned officer's cellular telephone stating that due to a car issue he would not be able to make his random urinalysis scheduled for this date. On August 14, 2024, the undersigned directed Mr. Villalobos to provide a urinalysis at Pioneer Human Services (PHS). This sample was presumptive positive |

Prob12C
**Re: Villalobos, Oscar**
**August 21, 2024**
Page 2

for methamphetamine and it was sent to the laboratory for confirmation, as he denied using methamphetamine. On August 19, 2024, Mr. Villalobos explained to the undersigned that on August 14, 2024, he realized that he used a friend's vape pen that had methamphetamine in it and that he was unaware.

On August 20, 2024, the urinalysis sample was returned confirmed positive for methamphetamine while also being diluted.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  August 21, 2024

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Thomas O. Rice
United States District Judge
August 21, 2024
Date