PROB 12C
(6/16)

Report Date: August 30, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 30, 2024**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Oscar Villalobos | Case Number: 0980 2:21CR00079-TOR-1 |
| Address of Offender: ███████████████ | Spokane, Washington 99202 |

Name of Sentencing Judicial Officer: The Honorable Donald W. Molloy, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: August 4, 2015

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute Methamphetamine, 21 U.S.C. § 846 | |
| Original Sentence: | Prison - 84 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(February 23, 2023) | Prison - 7 months<br>TSR - 36 months | |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: August 23, 2023 |
| Defense Attorney: | Carter Liam Powers Beggs | Date Supervision Expires: August 22, 2026 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/14/2023, 12/19/2023, 03/26/2024, 06/03/2024 and 08/21/2024.

On August 23, 2023, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Villalobos. He signed the judgment acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 10 | **Special Condition #2**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Oscar Villalobos allegedly violated his conditions of supervised release by consuming methamphetamine on or about August 22, 2024. |
| | On August 23, 2024, Mr. Villalobos provided a urinalysis at Pioneer Human Services (PHS) which tested presumptive positive for methamphetamine and he denied using methamphetamine to PHS staff and the sample was sent for confirmation. On August 29, 2024, Mr. Villalobos readily admitted to the undersigned that he used methamphetamine on or about August 22, 2024. |

Prob12C
**Re: Villalobos, Oscar**
**August 30, 2024**
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 30, 2024

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Thomas O. Rice
United States District Judge

August 30, 2024
Date