PROB 12C
(6/16)

Report Date: April 21, 2025

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 21, 2025

SEAN F. McAVOY, CLERK

for the

Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Oscar Villalobos | Case Number: 0980 2:21CR00079-JAG-1 |
| Address of Offender: ███████████████████, Spokane, Washington 99202 | |

Name of Sentencing Judicial Officer:  The Honorable Donald W. Molloy, U.S. District Judge
Name if Supervising Judicial Officer: Then Honorable James A. Goeke, U.S. Magistrate Judge

Date of Original Sentence: August 4, 2015

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Distribute Methamphetamine, 21 U.S.C. § 846 | | |
| Original Sentence: | Prison - 84 months; TSR - 60 months | Type of Supervision: | Supervised Release |
| Revocation Sentence: (February 23, 2023) | Prison - 7 months TSR - 36 months | | |
| Asst. U.S. Attorney: | Richard Barker | Date Supervision Commenced: August 23, 2023 | |
| Defense Attorney: | Andrea George | Date Supervision Expires: August 22, 2026 | |

## PETITIONING THE COURT

To **issue a warrant** and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/14/2023, 12/19/2023, 03/26/2024, 06/03/2024,  8/21/2024, 08/30/2024 and 09/12/2024.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 12 | **Special Condition # 1** : You must undergo substance abuse evaluations and, if indicated by a licensed/certified treatment provider, enter into and successfully complete approved substance abuse treatment programs, which could include inpatient treatment and aftercare upon further order of the court.  You must contribute to the cost of treatment according to your ability to pay.  You must allow full reciprocal disclosure between the supervising officer and treatment provider. |
| | On March 20, 2025, Mr. Villalobos attended a session with the Sobriety Treatment and Education Program (STEP). On that date, an order was filed with the Court requiring Mr. Villalobos to be remanded into custody, pending an assessment for inpatient treatment.  If inpatient treatment was recommended, he was ordered to remain at the inpatient treatment facility until treatment was completed. |

Prob12C
**Re: Villalobos, Oscar**
**April 21, 2025**
**Page 2**

**Supporting Evidence**: It is alleged that Oscar Villalobos violated the terms of his supervised release by being unsuccessfully terminated from inpatient treatment, on or about April 18, 2025.

On March 20, 2025, during a STEP session, Mr. Villalobos was taken into custody. He was advised a substance abuse evaluation would be required to determine appropriateness for inpatient treatment. An evaluation was completed in the Spokane County Jail and inpatient treatment was recommended.

On April 15, 2025, he released from custody and entered inpatient treatment with Pioneer Center East (PCE). On April 18, 2025, he was terminated from PCE after drug paraphernalia was located in a garbage bag that Mr. Villalobos previously had possession of. PCE staff were investigating concerns of various drug use in the facility. Mr. Villalobos was noted to be acting nervous when staff made themselves present. He then went to his room and was observed coming out of his room with a trash bag that he threw away in a larger hallway trash can. PCE retrieved the garbage bag and searched it. They located a cigarette pack that contained a pen that was turned into a drug use device, a small piece of foil and a small piece of paper reported to be a "Spice strip". Mr. Villalobos was terminated from PCE as a result.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    04/21/2025

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[✓]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[ ]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Signature of Judicial Officer

April 21, 2025

Date