PROB 12C
(6/16)

Report Date: August 21, 2025

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 21, 2025

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Oscar Villalobos          Case Number: 0980 2:21CR00079-JAG-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99201

Name of Sentencing Judicial Officer: The Honorable Donald W. Molloy, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: August 4, 2015

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute Methamphetamine, 21 U.S.C. § 846 | |
| Original Sentence: | Prison - 84 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(February 23, 2023) | Prison - 7 months<br>TSR - 36 months | |
| Asst. U.S. Attorney: | Joseph Derrig | Date Supervision Commenced: August 23, 2023 |
| Defense Attorney: | Andrea George | Date Supervision Expires: August 22, 2026 |

### PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/14/2023, 12/19/2023, 03/26/2024, 06/03/2024, 8/21/2024, 08/30/2024 and 09/12/2024.

Alleged violation number 12, contained in a petition and violation report submitted on April 21, 2025, has been resolved through STEP proceedings.

On August 23, 2023, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Villalobos. He signed the judgment acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 13 | **Special Condition #2**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

Prob12C
**Re: Villalobos, Oscar**
August 21, 2025
Page 2

**Supporting Evidence:** It is alleged that Oscar Villalobos violated his conditions of supervised release by consuming a controlled substance, methamphetamine, on or about July 17, 2025.

On July 17, 2025, a sweat patch was applied to Oscar Villalobos. On July 25, 2025, the sweat patch was removed and sent to the lab for testing. It should be noted that this patch appeared to be tampered with. A lab report has since been received noting a positive presence for both methamphetamine and amphetamine.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/21/2025

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [ ] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

August 21, 2025
Date