PROB 12C
(6/16)

Report Date: September 9, 2025

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 09, 2025

SEAN F. McAVOY, CLERK
ECF No. 145

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Oscar Villalobos         Case Number: 0980 2:21CR00079-TOR-1

Address of Offender: ▮▮▮▮ County Jail

Name of Sentencing Judicial Officer: The Honorable Donald W. Molloy, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: August 4, 2015

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute Methamphetamine, 21 U.S.C. § 846 | |
| Original Sentence: | Prison - 84 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (February 23, 2023) | Prison - 7 months TSR- 36 months | |
| Asst. U.S. Attorney: | Caitlin Baunsgard | Date Supervision Commenced: August 23, 2023 |
| Defense Attorney: | Carter Powers Beggs | Date Supervision Expires: August 22, 2026 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/14/2023, 12/19/2023, 03/26/2024, 06/03/2024, 8/21/2024, 08/30/2024, 09/12/2024, 04/21/2025 and 08/21/25.

Alleged violation number 12, contained in a petition and violation report submitted on April 21, 2025, has been resolved through STEP proceedings.

On August 23, 2023, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Villalobos. He signed the judgment acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 14 | **Special Condition #2**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Oscar Villalobos violated his conditions of supervised release by consuming a controlled substance, methamphetamine, on or about August 19, 2025. |

Prob12C
Re: Villalobos, Oscar
September 9, 2025
Page 2

On August 19, 2025, a sweat patch was applied to Oscar Villalobos. On August 21, 2025, the sweat patch was removed and sent to the lab for testing. A lab report has since been received noting a positive presence for both methamphetamine and amphetamine.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   09/09/2025

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Thomas O. Rice

Signature of Judicial Officer

September 9, 2025

Date